**2014–1505.   In re Application of the Dayton Power & Light Co. to Establish a Std. Serv. Offer in the Form of an Elec. Sec. Plan.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–EL–AAM, 12–429–EL–WVR, and 12–672–EL–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of appellee/cross-appellant the Dayton Power and Light Company's motion for leave to file papers under seal and for leave to file a public version of its brief, it is ordered by the court that the motions are granted.

**2015–0144.   State ex rel. Mann v. Delaware Cty. Bd. of Elections.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relators' motion for other writ for interim relief, it is ordered by the court that the motion is denied.

O'DONNELL and KENNEDY, JJ., would grant the motion.

**2014–0490.   Inkeeper Ministries, Inc. v. Testa.**
Board of Tax Appeals, No. 2010–2803. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellee's motion for continuance of oral argument scheduled before a master commissioner on March 17, 2015, it is ordered by the court that the motion is granted.